# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>                                                          )<br>      vs.                                               )<br>                                                          )<br>JOSE ARAMBULA RUIZ,            )<br>                                                          )<br>           Defendant.                     )<br>                                                          ) | 4:11MJ3030-1<br><br><br>DETENTION ORDER<br><br>COMPLAINT |

    The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

    IT IS ORDERED that the above-named defendant shall be detained pending further proceedings in this case.

June 9, 2011                                        BY THE COURT:

                                                                      *s/Cheryl R. Zwart*
                                                                      Cheryl R. Zwart
                                                                       United States Magistrate Judge