# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | **4:11MJ3030-1** |
| vs. | ) ) ) | **DETENTION ORDER** |
| **JOSE ARAMBULA RUIZ,** | ) ) | **COMPLAINT** |
| Defendant. | ) ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED that the above-named defendant shall be detained pending further proceedings in this case.

June 9, 2011     BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge